MITCHELL D. GLINER, Esq.
Nevada Bar No. 3419
3017 West Charleston Blvd., Suite 95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 FAX
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MILTON LIZAMA,

                Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES,

                Defendant.

No. CV-S-

**JURY DEMANDED**

COMPLAINT

JURISDICTION

1.    The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant(s) perpetrated therein.

PRELIMINARY STATEMENT

2.    The Plaintiff brings this action for damages based upon Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims.

3.    Plaintiff is a natural person and is a resident and citizen of the State of Nevada and of the United States. Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4. The Defendant EQUIFAX INFORMATION SERVICES, ("Equifax"), is a corporate entity licensed to do business in the State of Nevada.

5. Equifax is a consumer reporting agency, as defined in § 1681(f) of the FCRA, regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined in § 1681a(d) of the FCRA, to third parties.

## FACTUAL ALLEGATIONS

6. Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of the Defendant.

7. Plaintiff is a forgery victim.

8. During April 2003, Plaintiff's signature was forged on a vehicle sales contract subsequently assigned to Triad Financial Corporation (TFC).

9. TFC had reported the fraudulent account as both a repossession and a $9,600.00 charge-off.

10. On October 15, 2004, Plaintiff disputed TFC's reporting with Defendant (Exhibit 1).

11. In Exhibit 1, Plaintiff advised Defendant of the fraud and the disparity in the interest rates between the original contract (4.85%) and the fraudulent contract assigned to TFC (17%).

12. Plaintiff provided Defendant copies of the contracts.

13. On October 29, 2004 Defendant verified the $9,600.00 charge-off (Exhibit 2).

14. Plaintiff's June 21, 2005 profile reflects Defendant's continued reporting of the fraudulent TFC account (Exhibit 3).

## STATEMENT OF CLAIM AS AGAINST DEFENDANT

15. In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

///

///

1  a. By willfully and/or negligently failing, in the preparation of the consumer reports concerning Plaintiff, to follow reasonable procedures to assure maximum possible accuracy of the information in the reports.

b. By willfully and/or negligently failing to comport with FCRA § 1681i.

### PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant the following relief as against Defendant:

a. actual damages;
b. punitive damages;
c. attorney's fees; and
d. costs.

Respectfully submitted,

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

FILE COPY

October 15, 2004

Equifax
P.O. Box 740256
Atlanta, GA 30374

Dear Sir or Madame:

    I am writing to dispute the following information in my file. The item I dispute is also circled on the attached copy of the report I received. I dispute the Triad Financial Corp. automobile repossession and balance due report.

    This item is inaccurate because my signature was forged on the contract assigned to Triad Financial. Enclosed is a copy of the vehicle sales contract at 17% APR assigned to Triad Financial by Auto Tech dated April 17, 2003 showing me as the sole purchaser of the vehicle which is for the referenced account. That is not my signature on that contract.

    Also enclosed is a copy of a vehicle sales contract at 4.850% APR also dated April 17, 2003 showing myself and Jorge Escalon-Melgar as co-purchasers, which is the contract I thought was correct. So far as I know, Triad Financial was not assigned this contract.

    Please reinvestigate this matter and delete the disputed item as soon as possible.

    Sincerely,

    Milton Lizama

cc: Triad Financial Corp.



EXHIBIT 1

**EQUIFAX**

P. O. Box 105518
Atlanta, GA 30348

CREDIT FILE : October 29, 2004
Confirmation # 4299051118

000471180-10995
Milton Lizama
5020 Killarney St
Las Vegas, NV 89122-6807

**EXHIBIT 2**

Dear Milton Lizama:

Equifax has now completed the reinvestigation you requested of certain information in your Equifax credit file. The results of our reinvestigation of these items are below.

**Credit Account Information**
(For your security, the last 4 digits of account number(s) have been replaced by "*")
(This section includes open and closed accounts reported by credit grantors)

| Account History | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| Status Code | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Descriptions | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

**The Results Of Our Reinvestigation**

Triad Financial, 7755 Center Ave # 1190, Huntington Beach CA 92647-3007                   Creditor Classification

| Account Number | Date Opened | High Credit | Credit Limit | Scheduled Paymnt Amount | Terms Duration | Terms Frequency | Date Maj. Del. 1st Rptd | Date of Last Activity | Mnths Revd | Activity Description | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4000015001011* | 04/2003 | $9,657 | $0 | $498 | 60 Months | | | 02/2004 | | | | $0 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2004 | $0 | $0 | 04/2004 | $0 | | | | | | | | | | |

Current Status - Charge Off; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account;

>>> *We have researched the credit account. Account # - 4000015001011\* The results are:* Equifax verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: *Triad Financial, 7755 Center Ave # 1190, Huntington Beach CA 92647-3007*

If you have any additional questions regarding the information provided to Equifax by the source of that information directly.

You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Service Representative at (888) 661-5352 from 9:00am to 5:00pm M - F in your time zone.

Thank you for giving Equifax the opportunity to serve you.

( Continued On Next Page )

Page 1 of 2

4299051118APP-000471180- 10995- 13624 - AS

# EQUIFAX

**CREDIT FILE : June 21, 2005**

Confirmation # 5172002078

Please address all future correspondence to:

www.investigate.equifax.com
Equifax Information Services LLC
P.O. Box 105314
Atlanta GA 30348
Phone: (800) 641-0501
M - F 9:00am to 5:00pm in your time zone.




In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND** have a copy of this credit file along with the confirmation number.

## Personal Identification Information* (*This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)

Name On File:     Milton Lizama
Social Security #:  XXX-XX-7933        Date of Birth: October 1, 1965
Current Address:   5020 Killarney St, Las Vegas, NV    Reported: 04/2002
Previous Address(es): 1368 Pattee Cir Apt D, Las Vegas, NV  89119  Reported: 06/2001
                 1272 Fraya Dr Apt C, Las Vegas, NV 89119 Reported: 07/2000

ALERT(s):   File Blocked For Promotional Purposes

## Collection Agency Information* (*This section includes accounts that credit grantors have placed for collection with a collection agency.)

Quantum Collections; Collection Reported 06/2005; Assigned 03/2003; Client - Las Vegas Athletic Club; Amount - $741 ; Status as of 06/2005 - Unpaid; Date of 1st Delinquency 02/2003; Balance as of 06/2005 - $836 ; Individual Account; Account # - 356149252; Address: PO Box 4177 North Las Vegas NV 89036-4177 ; (702) 649-2342

## Credit Account Information
*(for your security, the last 4 digits of account number(s) have been replaced by *.) (This section includes open and closed accounts reported by credit grantors)*

### Account Column Title Descriptions:

Account Number - The Account number reported by credit grantor
Date Acct. Opened - The Date that the credit grantor opened the account
High Credit - The Highest Amount Charged
Credit Limit - The Highest Amount Permitted
Terms Duration - The Number of Installments or Payments
Terms Frequency - The Scheduled Time Between Payments
Months Reviewed - The Number of Months Reviewed
Activity Description - The Most Recent Account Activity
Creditor Class - The Type of Company Reporting The Account
Date Reported - The Month and Year of the Last Account Update
Balance Amount - The Total Amount Owed as of the Date Reported

Amount Past Due - The Amount Past Due as of the Date Reported
Date of Last Payment - The Date of Last Payment
Actual Pay Amt - The Actual Amount of Last Payment
Sched Pay Amt - The Requested Amount of Last Payment
Date of Last Actvty - The Date of the Last Account Activity
Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported
Charge Off Amt - The Amount Charged Off by Creditor
Deferred Pay Date - The 1st Payment Due Date for Deferred Loans
Balloon Pay Amt - The Amount of Final(Balloon) Payment
Balloon Pay Date - The Date of Final(Balloon) Payment
Date Closed - The Date the Account was Closed

### Account History Status Code Descriptions

1 : 30-59 Days Past Due
2 : 60-89 Days Past Due
3 : 90-119 Days Past Due
4 : 120-149 Days Past Due
5 : 150-179 Days Past Due
6 : 180 or More Days Past Due
G : Collection Account
H : Foreclosure
J : Voluntary Surrender
K : Repossession
L : Charge Off

### Actori Card/Bank 1st   PO Box 723896 Atlanta GA 31139-0896

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 423133301001* | 12/2000 | $1,024 | $1,600 | | Monthly | 53 | Paid and Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/2005 | $0 | | 01/2004 | $48 | | 01/2004 | | | | | | 01/2005 |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request;

( Continued On Next Page )

# EXHIBIT B

**Retailers National Bank** PO Box 673 Minneapolis, MN 55440-0673

| Account Number | Date Reported | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| 93202637* | 06/2005 | 09/2004 | $75 | | | | 9 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rpid | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/2005 | $0 | | 10/2004 | | | 10/2004 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account;

**TriBd Financial** 7711 Center Ave Ste 250 Huntington Bch, CA 92647-3071

| Account Number | Date Reported | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| 000001500101* | 05/2004 | 04/2003 | $9,657 | | 60 Months | | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rpid | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/2004 | $0 | | 04/2004 | | $498 | 02/2004 | | | | | | |

Current Status - Charge Off; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account;

**Company Information**

Wells FARGO Bank-Cbg
Web Disputes Department PO Box 5445 Portland, OR 97228-5445 (877) 778-5697 Phone:(877) 778-5697

Gemb/Sam's Club
2923 N Central Expy Ste 200 Richardson, TX 75080-2712

Chase/Circuit City
225 Chastain Meadows Ct NW Kennesaw, GA 30144-5841

Retailers National Bank
3701 Wayzata Blvd 2B-D Minneapolis, MN 55416-3401

Dundamerica-NV::RMS & ASSOCIATES
3311 S Jones Blvd Ste 213 Las Vegas, NV 89146-6776 (702) 253-5770 Phone:(702) 253-5770

Factual Data::2901 VISION HOME MTG
6135 W Sahara Ave Ste 8 Las Vegas, NV 89146-3024 (702) 221-9196 Phone:(702) 221-9196

Gemb/JC Penney
PO Box 27570 Card Band Of Ga Albuquerque, NM 87125-7570

**Inquiries that display to companies (may impact your credit score)**
This section lists companies that requested your credit file. Credit grantors may view these requests when evaluating your credit worthiness. Employment inquiries do not impact your credit.

| | Inquiry Date(s) |
|---|---|
| | 01/2005  08/2004 |
| | 10/2004 |
| | 09/2004 |
| | 12/2003 |
| | 09/2004 |
| | 11/2003 |
| | 10/2003 |